IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:        THOMAS G. DAVIDSON,                    Chapter 13
                                                     CASE NO. 10-37662-DOT
              Debtor.

**OBJECTION TO CONFIRMTION OF CHAPTER 13 PLAN**

Comes now Central Virginia Bank, by counsel, and for its objection to the Debtor's Amended Chapter 13 Plan dated May 13, 2011 states as follows:

1. Central Virginia Bank is a secured creditor of the Debtor.

2. Central Virginia Bank holds what it believes to be a second Deed of Trust on certain real property owned by the Debtor briefly described as 2119 East Broad Street, Richmond, Virginia 23223.

3. Under the Debtor's Amended Chapter 13 Plan in Paragraph 5A the Debtor proposes to pay the debt to Central Virginia Bank pursuant to the terms of the contract post-petition. The Debtor's monthly payments to Central Virginia Bank are $399.00 per month.

Paul S. Bliley, Jr. – VSB No. 13973
**WILLIAMS MULLEN**
**Two James Center**
**1021 East Cary Street, 14th Floor**
**Richmond, Virginia 23218-1320**
**804.783.6448**
pblilely@williamsmullen.com
**Counsel for Central Virginia Bank**

4. Since the filing of the Chapter 13 Plan on November 4, 2010 the Debtor has made no post-petition payments to Central Virginia Bank. The Debtor is, therefore, eight (8) months in arrears in post-petition payments.

5. It is obvious from the Debtor's inability to make the post-petition contract payments to Central Virginia Bank that the Chapter 13 Plan proposed by the Debtor is not feasible.

**WHEREFORE**, Central Virginia Bank prays that the confirmation of the Amended Chapter 13 Plan of Thomas G. Davidson be denied.

CENTRAL VIRGINIA BANK


By\s\ Paul S. Bliley, Jr.
Of Counsel

Paul S. Bliley, Jr., VSB No. 13973
Williams Mullen
Williams Mullen Center
200 South 10th Street, Suite 1600
Richmond, VA 23219
Phone: 804.420.6448
Fax:    804.420.6507
**pbliley@williamsmullen.com**
Attorney for Central Virginia Bank

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to Confirmation of Chapter 13 Plan was sent this 6th day of July, 2011 by first class mail, postage prepaid, or by the Court's ECF system (as shown below) to the following:

Yvonne Cochran, Esquire
Cochran Law Firm, PC
4509 W. Broad Street
Richmond, VA  23230

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA  23218

\s\ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

15323337_1.DOC